In re ISADORE GROSKINS.

No. A-7820.   Oct. 10, 1931.
(4 Pac. [2d] 120.)

Walton, Day & Miller and Morris & Tant, for petitioner.

J. Berry King, Atty. Gen., and John Embry, Co. Atty., (A. R. Swank, of counsel), for the State.

PER CURIAM. This is an original proceeding in habeas corpus. Subsequent to the filing of this proceeding, petitioner lodged in this court his appeal from the

conviction, case No. A-7991, Groskins v. State, 52 Okla. Cr. 197, 4 Pac. (2d) 117. The questions involved in the appeal determine the questions raised in this case, and this case is therefore dismissed.